UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| L.S., et al., | ) | Case No.: 1:12-cv-00744 LJO JLT |
| | ) | |
| Plaintiffs, | ) | ORDER REQUIRING AMENDED MOTION TO |
| | ) | PROCEED INFORMA PAUPERIS |
| v. | ) | |
| | ) | (Doc. 3) |
| | ) | |
| PANAMA BUENA VISTA UNION | ) | |
| SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, on behalf of the child R.S.[1], seeks to proceed *in forma pauperis* with an action seeking declaratory relief judicial. Pending before the Court is application to proceed *in forma pauperis* filed by Plaintiff on May 4, 2012. (Doc. 3)

**I.    MOTION TO PROCEED IN FORMA PAUPERIS**

The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a).

In the application, Plaintiff reports no employment, no income, no assets and no financial assistance of any sort. (Doc. 3 at 1-2) Though, apparently, L.S. is the parent to R.S., L.S. fails to

---

[1] The Court notes that no motion for appointment as the guardian ad litem has been filed. The matter will not proceed unless/until the child is properly appointed a guard ad litem.

1

report, even, that she has any dependent children. <u>Id</u>. at 2. Thus, the Court finds the application to be woefully incomplete.

Accordingly, Plaintiff is **ORDERED**:

1. To submit a new, complete application to proceed in forma pauperis within twenty-one days of the date of service of this order; and

2. In the amended application, Plaintiff **SHALL** disclose all sources of any funds that are being used to meet her living expenses and financial obligations and those of the child, R.S.

Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed in forma pauperis. In the alternative, Plaintiff must pay the filing fee. **<u>Failure to comply with this order may result in denial of Plaintiff's application to proceed in forma pauperis.</u>**

IT IS SO ORDERED.

Dated: __**June 25, 2012**__                 _____**/s/ Jennifer L. Thurston**_____
                                              UNITED STATES MAGISTRATE JUDGE

2