UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.S., a minor, et al.<br><br>        Plaintiff,<br><br>    v.<br><br>RITA PIERUCCI, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-00744-LJO - JLT<br><br>**ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE DISMISSED FOR FAILING TO COMPLY WITH COURT ORDERS**<br><br>(Doc. 8) |

On May 4, 2012, Plaintiff R.S., a minor,[1] filed a Complaint for Declaratory Relief in this matter. (Doc. 1). On August 6, 2012, the Court granted Plaintiff's former Counsel, Nicole Hodge Amey's request to withdraw as attorney for Plaintiff R.S.[2]  Plaintiff was served with a copy of the order on the same date. The Court's August 6, 2012 order required Plaintiff's replacement counsel, if any, to enter an appearance within 21 days of the order. (Doc. 8). Additionally, the order required Plaintiff to pay the filing fee of $350 in full or file an amended application to proceed in forma pauperis and file a motion for appointment of a guardian ad litem for the minor, R.S., within 10 days

---

[1] The Court notes that no motion for appointment of guardian ad litem has been filed. Any actions taken by R.S. in this matter have been taken by L.S. ("Parent on behalf of R.S").
[2] There are two other cases pending before this Court that are related to Plaintiff's current action: 1:12-cv-00081-LJO-JLT and 1:12-cv-00082-LJO-JLT. R.S. is listed as a plaintiff in those cases, along with L.S and Thompson. Attorney Amey has been relieved as counsel in all three cases.

1

of the replacement counsel's appearance.³

No appearance by replacement counsel has been filed, and Plaintiff has not notified the Court of her intention to proceed without counsel. Likewise, no one has filed a motion for appointment of a guardian ad litem for the minor, R.S., paid the filing fees or amended the application for in forma pauperis status. As a result, the Court orders Plaintiff to show cause why the matter should not be dismissed for failure to comply with the Court's orders.

**ORDER**

Accordingly, the Court **ORDERS**:

1. Plaintiff is **ORDERED** to show cause within 10 days of service of this order, why the matter should not be dismissed for her failure to file a petition for appointment of a guardian ad litem for the minor;

2. Plaintiff is **ORDERED** to show cause within 10 days of service of this order, matter should not be dismissed for failure to pay the filing fee of $350 or file an amended application to proceed in forma pauperis;

3. Plaintiff L.S. is **ORDERED** to show cause within 10 days of service of this order, matter should not be dismissed for failure of her replacement counsel to enter an appearance in the matter or notify the Court of her intention to proceed without an attorney;

4. **Plaintiff is warned that failure to comply with the Court's order will result in a recommendation that the entire matter be dismissed.**

IT IS SO ORDERED.

Dated:   **August 29, 2012**          **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

---

³ The Court originally ordered Plaintiff to submit an amended application to proceed in forma pauperis on June 25, 2012. (Doc. 4). Although Plaintiff failed to timely comply with that order, the Court allowed Plaintiff additional time to do so in the August 6, 2012 order because Plaintiff's counsel was withdrawing from her case.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28